NATHAN COOLEY
2502 THOREAU ST
INGLEWOOD, CA 90303
Telephone #: 310-876-9189
Plaintiff in Pro Per

FILED
CLERK, U.S. DISTRICT COURT
FEB 25 2011
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

NATHAN COOLEY,
   PLAINTIFF,

vs.

JP MORGAN CHASE BANK USA N.A,
   DEFENDANT,

Case No: CV-11-0349 AHM(VBKx)

DECLARATION IN SUPPORT OF MOTION TO REMAND

Hearing Date: March 21, 2011
Hearing Time: ~~1:30 pm~~ 10:00 AM
Judge: Matz
Courtroom: 14

RECEIVED BUT NOT FILED
FEB 25 2011
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

I, Nathan Cooley, declare as follows:

1. I am the Plaintiff in the above entitled-case.

2. I have personal knowledge of the following facts, and, if called as a witness, I could and would competently testify thereto.

3. JP Morgan Chase & Co is doing business as Chase Bank USA N.A not Chase Card Service and The Court held a corporation has a single principal place of business for purposes of diversity jurisdiction and that place is defined as the state where the corporation's headquarters is located. *Hertz*

Corp. v. Friend, No. 08-1107. Chase Bank USA N.A. is located in New York at 270 Park Avenue Floor 12, New York, New York. Chase Bank USA N.A. is trying to elude California Corporation Code § 2115, by claim Delaware citizenship.

4. Plaintiff has amended his complaint to correct all errors and add Does Defendants (Midland Credit Management, Inc.), including amending the amount of the Plaintiff's original complaint due to mistakes by the Plaintiff initial filing.

5. Plaintiff filed a Notice of Related Cases – 09C00290, 10C02884, 10C02883, 10C02882, 10C02881, and 10C02885 all filed in Southwest District Court Inglewood Courthouse.

6. Chase Bank N.A hired two separate law firms.

   a. Morison & Foerster LLP

   b. Ropers, Majeski, Kohn, & Bentley

   c. Both filed documentation on 1/13/2011 stating two different arguments in State and Federal court without given any notices.

7. Both Defendant's attorneys didn't appear until January 13, 2011 on case #10C02884 when they file their document in State Court to removal to

2

Declaration in Support of Motion to Remand

Federal court not before nor did Defendant attorney appear in Court on December 16, 2010. Defendant was not notice or given document at the court hearing or by service on December 16, 2010. Plaintiff filed his proof of service on November 24, 2010.

8. Defendants never raised an argument on lack of service before the deadline date of December 27, 2010 or included this procedure defect in their argument file on January 13, 2011. Plaintiff was not instructed by Judge Hill to reserve the defendant during the hearing date.

9. Defendant requested an addition hearing date in State court on January 13, 2011, for a hearing date February 17, 2011 for a Motion to Demurrer after the filing of the Notice of Removal by the other attorney.

10. Judge Kathleen Diesman ruled on the Motion to Demurrer filed by Defendant Attorney Michael Chin but its stay by Defendants other attorney that the Plaintiff complaint was valid and needed to amend the Cause of Action – Fraud to include the corporate fraud addition elements and reserved the Defendants.

11. Chase Bank USA N.A. alleged they sold the Plaintiff's account but never mentioned to whom they sold the Plaintiff account and where Plaintiff needs to address any concerns regarding the Plaintiff's account.

12. Chase Bank USA N.A. alleged they charged-off the account on September 23, 2005, however Chase Bank USA N.A never exercised their rights of civil actions.

13. The Plaintiff sent several documentation asking Chase Bank USA N.A. to provide the Plaintiff with solid proof to support their alleged allegations pursuant to California Penal Code § 530.8. Chase Bank USA N.A. never replied.

14. Midland Credit Management allegedly sent document to the Plaintiff in an attempt to collect on a debt on the behalf of Chase Bank USA N.A. for a Circuit City Visa Plus account.

15. Plaintiff doesn't live at the address 2502 Thoreau Street Inglewood, California 90303 that was used by Midland Credit Management and Midland Funding in their attempts to collect on a unverified & unauthorized debt on the behalf of Chase Bank USA N.A.

16. Plaintiff had to use this address due to the fact that Midland Funding sued the Plaintiff using the address listed above and all related cases are associated with the address are in the Southwest Jurisdiction. All the Plaintiff's complaint filed in State Court are based on the actions by Midland Funding and Midland Credit Management that includes Chase Bank USA

N.A. and the big three major credit bureaus Equifax, Experian, and Tran Union.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 22, 2011, in Inglewood, California located in Los Angeles.

By: _____

Nathan Cooley

Plaintiff Pro Per